# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY GOLSTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case Number: 5:13-cv–01526-WMA-JHE |
| | ) |
| WARDEN KENNETH SCONYERS and | ) |
| THE ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | |

## MEMORANDUM OPINION

On May 30, 2014, the magistrate judge entered a Report and Recommendation, (doc. 10), recommending that the petition for writ of habeas corpus be dismissed with prejudice. Petitioner has filed objections thereto. (Docs. 11 & 12). The court has considered the entire file in this action, together with the report and recommendation and objections thereto, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be DISMISSED. A separate order will be entered.

This court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurist would find the district court's assessment of the constitutional claims debatable and wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000),or that "the issues presented were adequate to deserve encouragement to proceed further."

*Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted).  This court finds Petitioner's claims do not satisfy either standard.

    DONE this 18th day of June, 2014.

                                                              _____
                                                              WILLIAM M. ACKER, JR.
                                                              UNITED STATES DISTRICT JUDGE